UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:20-mj-0571 |
| | ) | |
| KRYSTAL CHERIKA SCOTT, | ) | |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | Animal Crushing<br>18 U.S.C. § 48(a)(1) | 0-7 years | $250,000 | 0 - 3 years |
| 2 | Creating Animal Crush Videos<br>18 U.S.C. § 48(a)(2) | 0-7 years | $250,000 | 0 - 3 years |

Dated:

_____
KRYSTAL CHERIKA SCOTT
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that she signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana