## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | )<br>)<br>) | |
| V. | )<br>)<br>) | 1:20-mj-00571-DML-1 |
| KRYSTAL CHERIKA SCOTT,<br>　　　　Defendant. | )<br>)<br>) | |

### DEFENDANT'S MOTION TO CONTINUE DETENTION HEARING

Defendant Krystal Cherika Scott, by counsel, Michael J. Donahoe, respectfully moves the Court to continue the detention hearing presently set in this case, and in support states:

1. The detention hearing is scheduled for July 23, 2020 at 2:00 p.m.

2. Ms. Scott does not have a residential plan in place at this time. The defendant needs additional time to arrange for a residence in the event she is released.

3. Assistant United States Attorney Tiffany Preston has no objection to the continuance sought herein.

**WHEREFORE**, Defendant Krystal Cherika Scott requests that the detention hearing now set for July 23, 2020 is continued until a date and time mutually convenient for the parties.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*Michael J. Donahoe*
　　　　　　　　　　　　　　　　　　Michael J. Donahoe
　　　　　　　　　　　　　　　　　　Indiana Federal Community Defenders
　　　　　　　　　　　　　　　　　　111 Monument Circle, Suite 3200
　　　　　　　　　　　　　　　　　　Indianapolis, IN   46204
　　　　　　　　　　　　　　　　　　(317) 383-3520

**CERTIFICATE OF SERVICE**

 I certify that on July 21, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

               *Michael J. Donahoe*
               Michael J. Donahoe