UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | )<br>)<br>) |
| V. | )   1:20-mj-00571-DML-1<br>)<br>) |
| KRYSTAL CHERIKA SCOTT,<br>　　　　Defendant. | )<br>) |

**ORDER ON DEFENDANT'S MOTION TO CONTINUE DETENTION HEARING**

This matter is before the Court upon Defendant's Motion to Continue the July 23, 2020 detention hearing presently set in this cause, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion.

**IT IS THEREFORE ORDERED** that the July 23, 2020 hearing is vacated and rescheduled for _____, 2020 at _____ in Courtroom 243, United States District Court, 46 East Ohio Street, Indianapolis, Indiana.


Dated: _____　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE

Copies to:

Distribution to all registered counsel by electronic notification via CM/ECF