UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:20-mj-0571-DML |
| | ) | |
| KRYSTAL CHERIKA SCOTT, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR FEBRUARY 3, 2021**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for a detention hearing.   Defendant appeared in person and by FCD counsel Michael J. Donahoe.   Government represented by AUSA Tiffany J. Preston.   USPO represented by Justin Meier.

Defendant orally waived her right to physically appear for her detention hearing in the courtroom and consented to appear via video teleconference.

Detention hearing held.

Court's Exhibit 2 (PS3) admitted without objection.

The government moved to admit exhibit 1.   Exhibits were admitted without objection.

Testimony presented and evidence proffered.   Argument presented.

The Court found the Government did not present sufficient evidence to support Defendant's continued detention.   However, there is no suitable residence to which Defendant can be released.   Defendant shall remain in custody subject to further evidence of a suitable residence.   Defense counsel is encouraged to work with the pretrial services officer and the Volunteers of America to determine whether this issue can be resolved, and to file a motion or

request a hearing as appropriate.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings

before the court.

Date: 2/3/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.